UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:19-cv-606-Orl-41LRH

FADIL JOSEPH,

                Plaintiff,

vs.

FUSION LOGISTICS, INC. and STUART HYDEN,

                Defendant.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, FADIL JOSEPH, individually and on behalf of those similarly situated, by and through the undersigned attorneys, hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure Statement:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

LABAR & ADAMS, P.A.
SCOTT C. ADAMS, ESQ.
N. RYAN LABAR, ESQ.
FADIL JOSEPH
FUSION LOGISTICS, INC.
STUART HYDEN

2.    The name of every other entity that's publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.  Unknown.

3.      The name of every other entity, which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases.  Unknown.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

FADIL JOSEPH

Check one of the following:

__X__   a.   I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and the Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_____   b.    I certify that I am aware of a conflict or a basis of recusal of the District Judge or Magistrate Judge as follows: N/A

Respectfully submitted,

Dated:  April 10, 2019

*/s/ Scott C. Adams, Esq.*
SCOTT C. ADAMS, ESQ.
Florida Bar No.: 0573442
sadams@labaradams.com
N. RYAN LABAR, ESQ.
Florida Bar No.: 0010535
rlabar@labaradams.com
LABAR & ADAMS, P.A.
2300 East Concord Street
Orlando, Florida 32803
(407) 835-8968 (telephone)
(407) 835-8969 (facsimile)