UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:19-cv-606-Orl-41LRH

FADIL JOSEPH,

        Plaintiff,

vs.

FUSION LOGISTICS, INC. and STUART HYDEN,

        Defendants.
_____/

## DISMISSAL WITHOUT PREJUDICE

Plaintiff, FADIL JOSEPH and pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, dismisses this action without prejudice.

        Respectfully submitted,

Dated: May 22, 2019        */s/ Scott C. Adams, Esq.*
        SCOTT C. ADAMS, ESQ.
        Florida Bar No.: 0573442
        sadams@labaradams.com
        N. RYAN LABAR, ESQ.
        Florida Bar No.: 0010535
        rlabar@labaradams.com
        LABAR & ADAMS, P.A.
        2300 East Concord Street
        Orlando, Florida 32803
        (407) 835-8968 (telephone)
        (407) 835-8969 (facsimile)